LINDAHL BECK LLP
KELLEY K. BECK (State Bar No. 089030)
kbeck@lindahlbeck.com
JOHN T. LUPTON (State Bar No. 247276)
jlupton@lindahlbeck.com
660 S. Figueroa Street, Suite 1500
Los Angeles, California 90017-3457
(213) 488-3900
(213) 486-9883 Facsimile

JS-6

Attorneys for Defendants
PEERLESS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire corporation, GOLDEN EAGLE INSURANCE CORPORATION, a New Hampshire corporation, and DOES 1-10,<br><br>　　　　　Defendants. | CASE NO.: 2:15-CV-00643-JFW-JC<br><br>JUDGMENT FOR DEFENDANT PEERLESS INSURANCE COMPANY |

On July 22, 2016, Defendant Peerless Insurance Company ("Peerless") filed it Motion for Summary Judgment. On July 29, 2016, Plaintiff Starr Indemnity & Liability Company ("Starr") filed its Opposition. On August 2, 2016, Peerless filed a Reply. The court having found the matter appropriate for decision without oral argument granted the Motion for Summary Judgment by Peerless on August 8, 2016, concluding Peerless had no indemnity obligation for the settlement of the underlying action, entitled *Mares, et al. v. Bognuda*, et al., San Luis Obispo

-1-
LINDAHL BECK LLP
660 S. Figueroa Street
Suite 1500
Los Angeles, CA 90017-3457
(213) 488-3900

JUDGMENT FOR DEFENDANT PEERLESS INSURANCE COMPANY

1   County Superior Court Case No. CV138294.

2       IT IS THEREFORE ORDERED AND ADJUDGED that the plaintiff, Starr
3   Indemnity and Liability Company take nothing, that the action be dismissed on the
4   merits and that defendant Peerless Insurance Company recover its costs.

6   DATED:  August 25, 2016

                                                                                                        _____
                                                                                                        JOHN F. WALTER
                                                                                                        JUDGE OF THE DISTRICT COURT

LINDAHL BECK LLP
660 S. Figueroa Street
Suite 1500
Los Angeles, CA  90017-3457
(213) 488-3900